# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**KEYYONNA PENISTER**                                                                              **PLAINTIFF**

v.                                          No. 5:13-cv-387-DPM

**CITY OF PINE BLUFF, ARKANSAS; DEBE
HOLLINGSWORTH, Mayor, Individually and in Her
Official Capacity; JEFF HUBANKS, Chief of Police,
Individually and in His Official Capacity; MICHAEL
SWEENEY, Police Officer, Individually and in His
Official Capacity; and CHRIS POWELL, Individually**          **DEFENDANTS**

## JUDGMENT

Penister's amended complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 August 2015